BRAGG *v.* CASON.

Proceeding by a surety against his principal, under c. 51, R. S. 1843, by notice and motion. The notice recited the recovery of judgment by *A.* against *B.*, as principal, and *C.*, as surety, in the *Union* Circuit Court, the payment of the judgment by *C.*, and the notice given by the surety to the principal to show cause, &c. *Held,* that the statute had been substantially pursued.

*Saturday,*
*December* 31.

·ERROR to the *Fayette* Circuit Court.

STUART, J.—This was a proceeding by a surety against his principal, under c. 51, R. S. 1843, by notice and motion. The notice recites the recovery of judgment by one *Burt* against *Bragg*, as principal, and *Cason*, as surety, in the *Union* Circuit Court, the payment of the judgment by the surety, and notifying *Bragg* to appear and show cause why, &c. *Cason* recovered in the Court below. We think the provisions of that statute—the 8th and 12th sections—have been substantially pursued.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*C. H. Test,* for the plaintiff.

*J. Yaryan,* for the defendant.